**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed March 28, 2023.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-19-00861-CV

---

### IN RE FEDEX GROUND PACKAGE SYSTEM, INC., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-49530**

---

## MEMORANDUM OPINION

Relator FedEx Ground Package System, Inc. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asked this court to compel the Honorable Dedra Davis, presiding judge of the 270th District Court of Harris County, to vacate her October 28, 2019 orders denying Fed Ex's motions to quash subpoenas and for protective orders. On May 28, 2020, we conditionally granted Fed Ex's petition.

Real party in interest Zach Brown sought mandamus relief from our ruling in the Texas Supreme Court. On September 9, 2022, the Supreme Court conditionally granted Brown's petition in part and directed this court to vacate our order granting relief quashing Brown's trial subpoena and address whether Rule 176 of the Texas Rules of Civil Procedure applies in this case.

On January 6, 2023, the parties advised this court that they had reached a settlement of all claims and requested that we abate this case for 30 days so that they could finalize the settlement and would file an appropriate motion to dismiss the pending original proceeding. On January 12, 2023, we granted the motion.

Advising the court that they had finalized their settlement, the parties filed a joint motion to dismiss this proceeding on March 22, 2023. Relator's request for relief is now moot. The motion is GRANTED.

Accordingly, we dismiss relator's petition for writ of mandamus for lack of jurisdiction.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Hassan.